In the Matter of the Application of William H. Hotchkiss, as Superintendent of Insurance of the State of New York, Respondent.

Charles F. Mitchell et al., Appellants.

*Matter of Hotchkiss,* 135 App. Div. 916, appeal dismissed.
(Submitted March 15, 1910; decided March 29, 1910.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 7, 1909, which affirmed an order of Special Term authorizing the petitioner to take possession of the property and conduct the business of the Garfield Assurance Fire Lloyds, an unincorporated association, on the grounds that it was insolvent, its reserve impaired, that it had neglected to maintain the reserve required by law and that its further

transaction of business would be hazardous to its policy holders and the public.

*William A. Walling* for appellants.

*Edward R. O'Malley,* Attorney-General (*Amos H. Stephens* of counsel), for respondent.

Appeal dismissed, with costs, on the ground that the order appealed from is not a final order; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.